UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                          :

  UNITED STATES OF AMERICA,         :
                                           :

                                           :

          -v-                 :

                                           :

  JASON MORGAN,                  :

                                           :
                             Defendant.  :
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___7/23/2021___

1:09-cr-699-GHW
1:21-cr-460-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

It is hereby ORDERED that the arraignment of Jason Morgan on the Violation of

Supervised Release, 1:09-cr-699, and Indictment, 1:21-cr-460 will take place on July 28, 2021 at 12:00

p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New

York, New York 10007.

      SO ORDERED.

Dated:  July 23, 2021
        New York, New York

                                      _____
                                        GREGORY H. WOODS
                                      United States District Judge