USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JASON MORGAN,

Defendant.

1:09-cr-699-GHW
1:21-cr-460-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

Upon the application of the United States of America, by and through AUDREY STRAUSS, United States Attorney for the Southern District of New York, BRANDON D. HARPER, Assistant United States Attorney, of counsel, and with the consent of JASON MORGAN, by and through his attorney, MARK B. GOMBINER, it is hereby ORDERED that the status conference in this matter scheduled for September 28, 2021 is adjourned to October 28, 2021 at 11:30 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss pretrial resolution of this matter and the resolution of the pending violation of supervised release. Accordingly, it is further ORDERED that the time from the date of this order through October 28, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 11.

SO ORDERED.

Dated: September 24, 2021
New York, New York

GREGORY H. WOODS
United States District Judge