USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                   :
UNITED STATES OF AMERICA,           :
                                                   :
                     -v-                             :            1:21-cr-460-GHW-1
                                                   :
JASON MORGAN,                          :                <u>ORDER</u>
                                                   :
                              Defendant.   :
                                                   :
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

        The Court previously scheduled trial in this matter to begin on Tuesday, June 21, 2022 at 9:00 a.m. Trial is adjourned to June 27, 2022 at 9:00 a.m. The trial will take place in a courtroom to be determined in the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

        The other deadlines set forth in the Court's December 6, 2021 order remain in effect.

        SO ORDERED.

Dated: March 3, 2022
New York, New York

                                                                               _____
                                                                               GREGORY H. WOODS
                                                                             United States District Judge