UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                      -v-                           1:21-cr-460-GHW

    JASON MORGAN,                          ORDER

                                Defendant.
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    It is hereby ORDERED that the defendant is remanded to the custody of the United States Marshal.

    SO ORDERED.

Dated: May 19, 2022
       New York, New York

                                                        GREGORY H. WOODS
                                                    United States District Judge