# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 10, 2022

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Jason Morgan**
     **21 Cr. 460 (GHW)**

Your Honor:

With the consent of the government, I request that the sentencing for Mr. Morgan, currently scheduled for August 18, 2002, be continued for approximately one month. I need some additional time to gather letters of support for Mr. Morgan and incorporate them into my sentencing submission.

Thank you for your attention to this request.

Respectfully submitted,

Mark B. Gombiner
Attorney for Jason Morgan

cc: AUSA Brandon Harper