UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
   UNITED STATES OF AMERICA,            :
                                                         :
                    -against-                     :
                                                         :
   JASON MORGAN,                              :               1:09-cr-699-GHW
                                                         :               1:21-cr-460-GHW
                           Defendant.            :
-----------------------------------------------------------X                 <u>ORDER</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2022

GREGORY H. WOODS, United States District Judge:

      This order responds to the letter from Jason Morgan dated October 22, 2022, which was docketed on October 27, 2022. Dkt. No. 281. This order does not appoint counsel for purposes of assisting Mr. Morgan with respect to any relief that he may wish to seek with respect to the concern that he notes in his letter; nor is the Court providing Mr. Morgan legal advice regarding how best to pursue any concern that he may have. However, in response to Mr. Morgan's inquiry, the Court reminds him that Mark B. Gombiner of the Federal Defenders of New York represented him in connection with his recent convictions.

      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

      The Clerk of Court is directed to mail a copy of this order to Mr. Morgan.

      SO ORDERED.

Dated: October 30, 2022

                                                                                       GREGORY H. WOODS
                                                                    United States District Judge